# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROBERT HALLMAN,<br>　　Plaintiff,<br>v.<br>DIRECTOR, TDCJ-CID,<br>　　Defendant. | § § § § § § § § § § Case No. 6:20-cv-198-JDK-JDL |

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby **ORDERS** that Plaintiff's case is **DISMISSED** without prejudice for the failure to comply with an order of the Court. The Clerk of Court is directed to close the case.

**So ordered and signed on this**
Jan 7, 2021

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1